JOSEPH  LEVY,  Respondent,  *v.*  FEDERAL  INSURANCE COMPANY, Appellant.

(Argued June 12, 1933; decided July 11, 1933.)

*George S. Brengle, D. Roger Englar* and *John M. Aherne* for appellant.

*Benjamin Reass, David Drechsler* and *Max Leff* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.